HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
BRYANT JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6-18-po-411-JDP |
| Plaintiff, | **UNOPPOSED MOTION AND ORDER TO VACATE REVIEW HEARING AND TERMINATE PROBATION** |
| vs. | |
| BRYANT JIMENEZ, | |
| Defendant. | |

Comes Defendant, Bryant Jimenez, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated and that the defendant's probation be terminated early.

Defendant makes this request for the following reasons:

On August 21, 2018, Defendant pled guilty to defacing property. The Court sentenced Defendant in accord with the agreement of the parties: (1) twelve months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; (3) pay a $ 960.00 fine and a $ 40.00 special assessment/processing fee; (4) pay $199.00 restitution. A review hearing is currently set for July 16, 2019[1]. Probation is set to terminate on August 21, 2019.

---

[1] The Court is not in session on this date. If the Court desires the review hearing to go forward, alternative dates of July 30 and 31are available. The undersigned will be the Federal Defender those days.

-1-

As of this date, Defendant has paid the entire amount of his fine, his assessment/fee and his restitution. He has no new law violations. Accordingly, Defendant requests that his July 16, 2019 review hearing be vacated. He also requests that his probation be terminated early. The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 28, 2019                     */s/ David Harshaw*
                                        DAVID HARSHAW
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        BRYANT JIMENEZ

/ / /

/ / /

## **O R D E R**

The court, being sufficiently advised, orders that the review hearing set for July 16, 2019 in Case No. 6-18-po-411-JDP be vacated. Further, defendant's probationary period is terminated.

IT IS SO ORDERED.

Dated:  July 2, 2019                    _____
                                        UNITED STATES MAGISTRATE JUDGE